■ In the Matter of DAVID JAMES ZAVECKAS, Appellant, v YAMILEE SENAT, Respondent. [42 NYS3d 838]—

Appeal by the father from an order of the Family Court, Queens County (Connie Gonzalez, J.), dated December 2, 2015. The order denied the father's objections to an order of that court (Joette M. Blaustein, S.M.), dated October 19, 2015, which, after a hearing, in effect, denied the father's petition for a downward modification of his child support obligation.

Ordered that the order dated December 2, 2015, is affirmed, without costs or disbursements.

A party seeking a modification of a child support order bears the burden of establishing a change in circumstances warranting the modification (*see Matter of Ealy v Levy-Hill*, 140 AD3d 1164, 1165 [2016]; *Matter of Nenninger v Tonnessen*, 113 AD3d 619 [2014]). Here, the record supports the Support Magistrate's determination that the father failed to establish a sufficient change in circumstances. Specifically, the father failed to submit competent medical evidence of his alleged disability (*see Matter of Straker v Maynard-Straker*, 133 AD3d 865, 866 [2015]; *Matter of Mikhlin v Giuffrida*, 119 AD3d 692, 693 [2014]; *Matter of Gavin v Worner*, 112 AD3d 928, 929 [2013]; *Matter of Rodriguez v Mendoza-Gonzalez*, 96 AD3d 766, 767 [2012]), and he did not show that he had diligently sought re-employment commensurate with his qualifications and experience (*see Matter of Marrale v Marrale*, 44 AD3d 773, 776 [2007]; *Matter of Davis v Davis*, 13 AD3d 623, 624 [2004]; *Matter of McCarthy v McCarthy*, 2 AD3d 735 [2003]). Accordingly, the Support Magistrate properly, in effect, denied the father's petition for a downward modification of his child support obligation, and the Family Court properly denied the father's objections to the order denying his petition. Rivera, J.P., Chambers, Roman and LaSalle, JJ., concur.